IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ROBERT CUMMINS**
117 Paradise Drive
Harve de Grace, Maryland 21078

And

**MELISSA CUMMINS**
117 Paradise Drive
Harve de Grace, Maryland 21078

**Plaintiffs,**

v.

**NATIONAL RAILROAD PASSENGER CORPORATION**
1 Massachusetts Avenue, NW
Fifth Floor, Office 553
Washington, DC 20002

And

**MARYLAND TRANSIT ADMINISTRATION**
6 Saint Paul Street
Baltimore, Maryland 21202

**Defendants.**

**Case No. ________________**

**Removed from the Circuit Court of Anne Arundel County, Maryland Case No. C-02-CV-21-000765**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. sections 1331, 1349, and 1441(a), National Railroad Passenger Corporation (hereinafter "Defendant" or "Amtrak"), by its undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Maryland. As grounds for this removal, Amtrak states as follows:

EXHIBIT
tabbles
1

1. On or about June 8, 2021, Plaintiffs, Robert Cummins and Melissa Cummins ("Plaintiffs") commenced this action against Defendants Amtrak and Maryland Transit Administration by filing a Complaint in the Circuit Court for Anne Arundel County, Maryland. Plaintiffs' Complaint was assigned Case No. C-02-CV-21-000765 (hereinafter, the "State Court Action").

2. Defendant Amtrak was served a copy of the Summons and Complaint on or about June 17, 2021.

3. Pursuant to 28 U.S.C. section 1349, "[t]he district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, **unless** the United States is the owner of more than one-half of its capital stock." (Emphasis added.) As NRPC was created by an Act of Congress[1] and a majority of the capital stock of NRPC is owned by the United States,[2] the federal courts have subject matter jurisdiction over any action involving NRPC, assuming the procedural requirements for removal have been followed. *Aliotta v. National Railroad Passenger Corp.*, 315 F.3d 756, 758 n.1 (7th Cir. 2003) (explaining that pursuant to 28 U.S.C. sections 1331 and 1349, "federal courts have jurisdiction over all cases involving Amtrak, regardless of the cause of action"); *Maryland Transit Admin. v. AMTRAK*, 372 F. Supp. 2d 478, 479 n.2 (D. Md. 2005) (noting that, as Amtrak was organized under the Rail Passenger Act of 1970 and as the United States owns more than half its stock, subject matter jurisdiction was proper under 28 U.S.C. sections 1331 and 1349); *Estate of Wright v. Illinois Central Railroad*, 831 F. Supp. 574 , 574

---

1 Amtrak was created by the Rail Passenger Services Act of 1970. *See* 49 U.S.C. § 24101 *et seq.*

2 The United States government, through its Department of Transportation, owns all of Amtrak's issued and outstanding preferred stock. *See* National Railroad Passenger Corporation and Subsidiaries Consolidated Financial Statements at Note 2.

(S.D. Miss. 1993) (denying motion to remand; noting that Amtrak was created by an Act of Congress and that the United States owns greater than fifty percent of Amtrak's capital stock).

4. Pursuant to 28 U.S.C. section 1441 (a), any civil action over which the federal courts have original jurisdiction, but which is brought in state court, may be removed to the district court of the United States that embraces the place where such action is pending. This removal is to the District Court of the United States of Maryland, the jurisdiction where the State Court Action is pending.

5. This Notice of Removal is being filed within 30 days after Amtrak was served with a summons and complaint in this action. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. section 1446 (b).

6. Co-Defendant Maryland Transit Administration has consented to the removal of this action and will file a Consent to Removal with its Answer to the Complaint.

7. Pursuant to 28 U.S.C. section 1446 (a), a true and legible copy of all process, pleadings, and orders served in the State Court Action as of this date are attached hereto as **Exhibit A.**

8. A Notice of Filing of Notice of Removal, attaching a copy of this Notice of Removal, is being filed on this date with the Clerk of the Circuit Court of Maryland for Anne Arundel County, and is being served on Plaintiff's counsel as required by 28 U.S.C. Section 1446 (d). A copy (without attachments) of the Notice of Filing of Notice of Removal filed in the State Court Action is attached hereto as **Exhibit B**.

WHEREFORE, Defendant National Railroad Passenger Corporation respectfully requests that this Notice of Removal be accepted and that the State Court Action be removed to the United States District Court of Maryland.

Dated: July 9, 2021

Respectfully submitted,

J. Christopher Nosher, Esq. (No. 28825)
Carlos A. Uria, Esq. (No. 19784)
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935
Email: cnosher@kiernantrebach.com
Email: auria@kiernantrebach.com

*Counsel for Defendant,*
*National Railroad Passenger Corporation*

**IN THE UNITED STATES DISTRICT COURT OF MARYLAND**

| | | |
|---|---|---|
| **ROBERT CUMMINS, *et al.*,** | * | |
| **Plaintiffs,** | * | **Case No. ________________** |
| v. | * | **Removed from the Circuit Court of Anne Arundel County, Maryland Case No. C-02-CV-21-000765** |
| **NATIONAL RAILROAD PASSENGER CORPORATION, *et al.*,** | * | |
| | * | |
| **Defendants.** | * | |

***********************************************************************************

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of July 2021, a copy of the foregoing Notice of Removal, which was filed electronically in this case on this 9th day of July, 2021, and was sent via First-Class mail, postage prepaid, to:

Ryan S. Perlin, Esquire
Gregory G. Hopper, Esquire
Bekman, Marder, Hopper,
Malarkey & Perlin, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
*Counsel for Plaintiffs*

Maryland Transit Administration
c/o Holly Arnold, Acting Administrator
6 St. Paul Street
Baltimore, Maryland 21202
*Co-Defendant*

J. Christopher Nosher, Esq. (No. 28825)
Carlos A. Uria, Esq. (No. 19784)
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935
Email: cnosher@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant,*
*National Railroad Passenger Corporation*